```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
            -v-                                                        :
                                                                       :           23 Cr. 229 (JPC)
MARIO POWELL,                                                          :
                                                                       :           PRETRIAL ORDER
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on January 8, 2024. The Parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Civil Procedure 16(a)(1)(G) is October 30, 2023. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is November 27, 2023. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by November 3, 2023. By December 6, 2023, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by December 6, 2023, with oppositions due December 20, 2023. The Court will hold a Final Pretrial Conference on January 3, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 26, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge