UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                           :
:
:
:
:                          23 Cr. 229 (JPC)
      -v-                                                           :
:                             ORDER
MARIO POWELL,                                                       :
:
            Defendant.                                              :
:
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

   The Court orders as follows:

(1) The Bureau of Prisons ("BOP") shall conduct an examination of Defendant Mario Powell, Register No. 85484-054, pursuant to Title 18, United States Code, Section 4241(b), in order to determine whether Powell is suffering from any mental defect or disease rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(2) The Court recommends that the examination take place at the direction of Dr. Samantha Shelton, Psy. D., Chief Psychologist of the Metropolitan Detention Center in Los Angeles, California.

(3) The BOP shall complete the evaluation of Powell within 30 days from the date of this order.

(4) At the conclusion of the examination, the psychologist shall prepare a report regarding Powell's mental condition in order to assist the Court and counsel in the determination of

whether there is reasonable cause to believe that Powell may presently be suffering from a defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(5) The BOP shall report the results of the psychological evaluation within 60 days following the conclusion of the evaluation.

(6) Powell's request to have Dr. First perform an examination is denied without prejudice. Powell may, if he wishes, renew that request within 14 days after the BOP reports the results of its psychological evaluation.

The Clerk of Court is respectfully directed to close Docket Number 33.

    SO ORDERED.

Dated: November 13, 2024
       New York, New York

                              JOHN P. CRONAN
                         United States District Judge