UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
                                                   :

UNITED STATES OF AMERICA,                          :

                                                   :

                                                   :           23 Cr. 229 (JPC)

                  -v-                                  :

                                                   :              <u>ORDER</u>

MARIO POWELL,                                                       :

                                                   :

                             Defendant.                     :

                                                   :
--------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

         On November 13, 2024, the Court ordered the Bureau of Prisons ("BOP") to evaluate Defendant Mario Powell pursuant to 18 U.S.C. § 4241(b) "in order to determine whether Powell is suffering from any mental defect or disease rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Dkt. 35 at 1.

         On February 11, 2025, the Court received a psychological report prepared by Dr. Samantha Shelton of the BOP. Accordingly, on or before February 19, 2025, the parties shall file a joint status letter proposing next steps in this matter. The status letter should address, among any other issues the parties might wish to raise, when Mr. Powell is expected to return from the Los Angeles Metropolitan Detention Center.

         SO ORDERED.

Dated: February 12, 2025
       New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge