UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
  :
UNITED STATES OF AMERICA,                    :
  :
      -v-                                            :
  :      23 Cr. 229 (JPC)
MARIO POWELL,                                :
  :      <u>PRETRIAL ORDER</u>
                      Defendant.          :
  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Trial is scheduled to begin in this matter on September 22, 2025. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and Section 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

      The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is June 6, 2025. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by May 23, 2025. By August 11, 2025, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by August 11, 2025, with oppositions due August 18, 2025.

The Court will hold a Final Pretrial Conference on September 12, 2025, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 29, 2025
      New York, New York

_____
JOHN P. CRONAN
United States District Judge