UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

      v.

MARIO POWELL,                                              ORDER

           Defendant.                          No. 23 CR 229 (JPC)

-------------------------------------------------------x

    IT IS HEREBY ORDERED that the Metropolitan Detention Center ("MDC") / Bureau of Prisons ("BOP") is directed to accept the following clothing for **MARIO POWELL (Reg. No. 85484-054)**, to wear at his trial, commencing with jury selection on Monday, September 22, 2025, and continuing for approximately four days to completion.

        1 pair of dress slacks;

        2 collared shirts;

        1 suit jacket;

        3 pairs of socks; and

        1 pair of shoes.

Dated:    New York, New York
           August 12, 2025

                                              **SO ORDERED**

                                              Honorable John P. Cronan
                                              United States District Judge