

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 27, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Mario Powell*, **23 Cr. 229** (**JPC**)

Dear Judge Cronan:

    The Government submits this letter on behalf of both parties to request to reschedule the September 12, 2025 Pretrial Conference in this case. Counsel for the defendant is now unavailable on September 12. Accordingly, we respectfully request that the Court reschedule the conference to September 10, 2025 at 3:30 PM.

        Respectfully submitted,

        By: _____
        Leslie B. Arffa
        Henry L. Ross
        Thomas John Wright

        Assistant United States Attorneys
        (212) 637-6522 / 2295 / 2442

cc:    Defense counsel (by Email and ECF)

The parties' request is granted. The final pretrial conference is rescheduled to September 10, 2025, at 3:30 P.M. The Clerk of Court is respectfully directed to close Docket Number 65.

SO ORDERED.
Date: August 28, 2025

*[signature]*
JOHN P. CRONAN
United States District Judge