UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
              -v-                                                       :
:
MARIO POWELL,                                                           :    23 Cr. 229 (JPC)
:
                              Defendant.                                :    ORDER
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      For the reasons stated on the record, the Government's motions *in limine*, Dkt. 61, are denied in part. The Clerk of Court is respectfully directed to close the motions at Docket Number 61.

      SO ORDERED.

Dated: September 11, 2025
      New York, New York

                                               JOHN P. CRONAN
                                               United States District Judge