```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                                                                       :
       -v-                                                             :
                                                                       :   23 Cr. 229 (JPC)
MARIO POWELL,                                                          :
                                                                       :        ORDER
                                             Defendant.                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Government's motion *in limine* to preclude solicitation of certain testimony from Kara Gregor, Dkt. 78, is denied without prejudice as moot in light of Defendant's representation that he does not intend to cross-examine Ms. Gregor on the topics that are subject to the Government's motion, Dkt. 79.  The Clerk of Court is respectfully directed to close the motion at Docket Number 78.

SO ORDERED.

Dated: September 23, 2025
       New York, New York

                                             _____
                                             JOHN P. CRONAN
                                             United States District Judge