UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                                                     :
                                                                     :
         -v-                                                         :
                                                                     :        23 Cr. 229 (JPC)
                                                                     :
MARIO POWELL,                                                        :
                                                                     :        ORDER
                                       Defendant.                    :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This Court held sentencing on November 19, 2025.  Ahead of that sentencing, Defendant

filed two submissions under seal.  Defendant has since proposed redacted versions of those

submissions for public filing.  Because the proposed redactions concern confidential matters about

Defendant's mental health and are narrowly tailored, the Court finds that they satisfy the applicable

standard for redactions and sealing in this Circuit.  *See Lugosch v. Pyramid Co. of Onondaga*, 435

F.3d 110 (2d Cir. 2006).  Defendant shall publicly file his redacted sentencing submissions by

December 5, 2025.

       SO ORDERED.

Dated: December 3, 2025
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge