LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 14, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Mario Powell; 23 Cr. 229 (JPC)**

Dear Judge Cronan:

As the Court is aware, we represented Mario Powell in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  Mr. Powell was convicted following a jury trial on September 29, 2025 and sentenced on November 19, 2025.

We write to respectfully request that we remain as Mr. Powell's CJA counsel in the District Court to facilitate the Court's designation recommendation, address any issues related to restitution and any other relevant issues.

Thank you for your consideration of our request.

Respectfully submitted,

*Anthony Cecutti*

Anthony Cecutti, Esq.
Kestine Thiele, Esq.

The instant request is granted.  Anthony Cecutti and Kestine Thiele shall remain Defendant's Criminal Justice Act counsel for any remaining issues in the District Court.  The Clerk of Court is respectfully directed to close Docket Number 93.

SO ORDERED.
Date: December 16, 2025
New York, New York

JOHN P. CRONAN
United States District Judge